No. 11–8550. DUNBAR *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8552. BROWN, AKA JOHNS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–8554. AVILA-VILLEGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8560. SIERRA-ARRAZOLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8564. BERK *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8571. OLD HORN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8573. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8574. GONZALEZ CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8624. HANSBROUGH *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–233. SWEARINGEN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 11–497. MOUNTAIRE FARMS, INC., ET AL. *v.* PEREZ ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–541. MICHIGAN ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–659. ANZA ET AL. *v.* IDEAL STEEL SUPPLY CORP. C. A. 2d Cir. Motion of Chamber of Commerce of the United